UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

                Plaintiff,

    v.

SUPERSONIC IMAGINE, S.A.,

                Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion, docket no. 16, to extend certain deadlines is GRANTED as follows:

| | |
|---|---|
| Deadline for responsive pleading or motion | January 18, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | January 25, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | February 1, 2018 |
| Combined Joint Status Report and Discovery Plan | February 8, 2018 |

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1