UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

        Plaintiff,

v.

SUPERSONIC IMAGINE, S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second stipulated motion, docket no. 18, to extend certain deadlines is GRANTED as follows:

| | |
|---|---|
| Deadline for responsive pleading or motion | February 9, 2018 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | February 16, 2018 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | February 23, 2018 |
| Combined Joint Status Report and Discovery Plan | March 2, 2018 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1