Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERASONICS, INC., a Washington corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SUPERSONIC IMAGINE, S.A., a French société anonyme,<br><br>          Defendant. | Case No. 2:17-cv-01764-TSZ<br><br>THIRD STIPULATED MOTION AND ORDER TO EXTEND RESPONSE DATE |

Pursuant to LR 10(g), Plaintiff, Verasonics, Inc. and defendant SuperSonic Imagine, S.A. stipulate as follows and jointly request that the Court enter an order accordingly.

**I. STIPULATION AND MOTION TO EXTEND DEADLINES**

1. The parties have twice previously agreed to extend all deadlines by 30 days to facilitate business discussions between the parties, and the Court has entered Minute Orders implementing that agreement. Dkt. Nos. 17 and 19.

2. The current deadline to respond to the complaint is February 9, 2018. The parties have scheduled a meeting in early March. So to aid that meeting and minimize litigation expenses, the parties have agreed again to defer SSI's time to respond to the Complaint to March 16, 2018, and agree that all other case deadlines should be extended accordingly.

THIRD STIPULATED MOTION AND ORDER
TO EXTEND RESPONSE DATE - 1
(Case No. 2:17-cv-01764-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

3. Hence, the parties jointly request that the deadlines in Dkt. No. 19 be further extended as shown below:

| Action | Existing Deadline | New Deadline |
|---|---|---|
| Deadline for Responsive Pleading or Motion | February 9, 2018 | March 16, 2018 |
| Deadline for FRCP 26(f) Conference | February 16, 2018 | March 19, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | February 23, 2018 | March 26, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | March 2, 2018 | April 2, 2018 |

4. This stipulation is entered without prejudice to and without waiving any party's claims or defenses.

SO STIPULATED this 2nd day of February, 2018.

*s/ Kymberly K. Evanson*
Paul J. Lawrence, WSB No. 13557
Kymberly K. Evanson, WSB No. 39973
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 245-1700
E-mail: paul.lawrence@pacificalawgroup.com
E-mail: kymberly.evanson@pacificalawgroup.com

Attorneys for Plaintiff

*s/ Eric S. Walters*
Eric S. Walters, *admitted pro hac vice*
Erica D. Wilson, *admitted pro hac vice*
Walters Wilson LLP
702 Marshall Street, Suite 611
Redwood City, CA 94063
Telephone: (650) 248-4586
E-mail: eric@walterswilson.com
E-mail: ericawilson@walterswilson.com

Attorneys for Plaintiff

*s/ Brian W. Esler*
Brian W. Esler, WSB No. 22168
Kellen A. Hade, WSB No. 44535
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-mail: brian.esler@millernash.com
E-mail: kellen.hade@millernash.com

Attorneys for Defendant

THIRD STIPULATED MOTION AND ORDER
TO EXTEND RESPONSE DATE - 2
(Case No. 2:17-cv-01764-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

## II. ORDER

Based on the above stipulation, it is so ORDERED.

DATED this 8th day of February, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Brian W. Esler*
Brian W. Esler, WSB No. 22168
Miller Nash Graham & Dunn LLP
2801 Alaskan Way, Suite 300, Pier 70
Seattle, Washington 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-mail: brian.esler@millernash.com

Attorneys for Defendant

Accepted as to presentation and form:

*s/ Kymberly K. Evanson*
Paul J. Lawrence, WSB No. 13557
Kymberly K. Evanson, WSB No. 39973
Pacifica Law Group
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 245-1700
E-mail: paul.lawrence@pacificalawgroup.com
E-mail: kymberly.evanson@pacificalawgroup.com

*s/ Eric S. Walters*
Eric S. Walters, *admitted pro hac vice*
Erica D. Wilson, *admitted pro hac vice*
Walters Wilson LLP
702 Marshall Street, Suite 611
Redwood City, CA 94063
Telephone: (650) 248-4586
E-mail: eric@walterswilson.com
E-mail: ericawilson@walterswilson.com

Attorneys for Plaintiff

THIRD STIPULATED MOTION AND ORDER
TO EXTEND RESPONSE DATE - 3
(Case No. 2:17-cv-01764-TSZ)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121