UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

               Plaintiff,

    v.

SUPERSONIC IMAGINE, S.A.,

               Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion for extension, docket no. 30, is GRANTED, and the parties' Joint Status Report, docket no. 32, which was submitted on April 4, 2018, is considered timely filed.

(2)     Having reviewed the parties' Joint Status Report, docket no. 32, the Court SETS a scheduling conference for May 4, 2018, at 11:00 a.m.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk