UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

        Plaintiff,

v.

SUPERSONIC IMAGINE, S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) At the scheduling conference set for May 4, 2018, at 11:00 a.m., counsel shall be prepared to present oral argument on defendant's pending motion to dismiss, docket no. 27. Counsel shall also be prepared to address, in addition to the matters outlined in the Joint Status Report, docket no. 32, the following issues: (i) what, if any, discovery plaintiff believes is necessary before it makes the disclosure required by Local Patent Rule 120; (ii) how much time such discovery is anticipated to take; (iii) whether plaintiff is entitled to obtain such discovery; (iv) whether a *Markman* hearing will be needed or whether claim construction can be accomplished on the briefing; and (v) whether the parties should be required to share the expense of a Rule 706 expert who will assist the Court throughout the duration of this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of May, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1