# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VERASONICS, INC.,

        Plaintiff,

    v.

SUPERSONIC IMAGINE, S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to dismiss complaint, docket no. 27, is DENIED. The Court is satisfied that plaintiff's complaint is sufficiently pleaded. Even if the complaint was deficient, plaintiff would be granted leave to amend, and thus, entering judgment in favor of defendant, as requested in its motion, would not be an appropriate remedy. *See TeleSign Corp. v. Twilio, Inc.*, 2016 WL 4703873 at *4 (C.D. Cal. Aug. 3, 2016). The Court makes no ruling concerning whether and, if so, the extent to which, plaintiff is entitled to discovery before making the disclosure required by Local Patent Rule 120.

(2) Having reviewed the parties' Joint Status Report, docket no. 32, and considered counsel's remarks during the scheduling conference held on May 4, 2018, the Court SETS the following dates and deadlines:

| **JURY TRIAL DATE (5 days)** | **March 2, 2020** |
|---|---|
| Statement of asserted claims and preliminary infringement contentions due | June 29, 2018 |
| Statement of preliminary non-infringement and invalidity contentions due | August 3, 2018 |
| Deadline for joining additional parties | September 14, 2018 |

MINUTE ORDER - 1

| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | October 5, 2018 |
|---|---|
| Joint Claim Chart and Prehearing Statement due | January 11, 2019 |
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | January 11, 2019 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | February 11, 2019 |
| Deadline for completion of claim construction discovery and for amending pleadings | February 22, 2019 |
| Opening claim construction briefs (not to exceed 24 pages in length) must be filed by | February 28, 2019 |
| Responsive claim construction briefs (not to exceed 24 pages in length) must be filed by | March 15, 2019 |
| If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties. ||
| Reports from expert witnesses pursuant to FRCP 26(a)(2) due | June 28, 2019 |
| Rebuttal expert reports due | July 29, 2019 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | August 8, 2019 |
| Discovery completed by | September 6, 2019 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | October 10, 2019 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | January 30, 2020 |
| Agreed pretrial order due | February 14, 2020 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | February 14, 2020 |
| Pretrial Conference at 10:00 a.m. on | February 21, 2020 |

(3) All other dates and deadlines are specified in the Local Civil Rules or the Federal Rules of Civil Procedure.  The dates set forth in this Minute Order are firm dates, which can be changed only by order of the Court, and not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown.  Failure to complete discovery within the time allowed is not recognized as good cause.  If the dates assigned to this matter create an irreconcilable conflict, counsel must notify Karen Dews at 206-370-8830, within 14 days of the date of this Minute Order and explain the exact nature of the conflict.  Failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

(4) **Mediation**: Pursuant to Local Civil Rule 39.1(c), the Court designates this matter for mandatory mediation.  **The parties shall engage in mediation no later than August 1, 2019.**

(5) **Exhibits**: Exhibits shall be clearly marked.  Exhibit tags are available in the Clerk's Office.  Plaintiff's exhibits shall be numbered consecutively beginning with 1.  Defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200.  The parties shall avoid identifying a document with more than one exhibit number or otherwise duplicating materials.  Once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

(6) **Settlement**: If the parties reach a settlement in principle, counsel shall immediately notify Karen Dews at 206-370-8830.

Dated this 22nd day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 3