UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS INC,

        Plaintiff,

v.

SUPERSONIC IMAGINE S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Compel Discovery, docket no. 44, is GRANTED. Plaintiff shall fully answer interrogatories 2 and 3 within 21 days of the date of this Minute Order. *See* Ex. 1 to Stanley Decl. (docket no. 45).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1