Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERASONICS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUPERSONIC IMAGINE, S.A., a French Société Anonyme,<br><br>Defendant. | CASE NO. 2:17-cv-1764-TSZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO COMPLY WITH DISCOVERY OBLIGATIONS PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE ("FRCP")** |

This matter came before the Court on Plaintiff Verasonics, Inc.'s Motion to Compel Defendant Supersonic Imagine, S.A. to Comply with Discovery Obligations Pursuant to the Federal Rules of Civil Procedure, docket no. 50.

After considering the parties' written submissions and arguments, as well as the files and records in this case, the Court hereby GRANTS the motion. SSI's objections to Plaintiff's First Set of Interrogatories and First Requests for Production based on the French Blocking Statute are overruled, and SSI is hereby ordered to promptly respond to plaintiff's interrogatories and

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
DEFENDANT TO COMPLY WITH DISCOVERY
OBLIGATIONS UNDER FRCP -- 1
(Case No. 2:17-cv-1764-TSZ)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

produce documents in response to plaintiff's document requests pursuant to its obligations under Rules 26, 33, and 34 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED this 5th day of July, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Kymberly K. Evanson*
Paul J. Lawrence, WSB No. 13557
Kymberly K. Evanson, WSB No. 39973
PACIFICA LAW GROUP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 245-1700
E-mail: paul.lawrence@pacificalawgroup.com
E-mail: kymberly.evanson@pacificalawgroup.com

Eric S. Walters, admitted pro hac vice
Erica D. Wilson, admitted pro hac vice
WALTERS WILSON LLP
702 Marshall Street, Suite 611
Redwood City, CA 94063
Telephone: (650) 248-4586
E-mail: eric@walterswilson.com
E-mail: ericawilson@walterswilson.com

Attorneys for Verasonics, Inc.

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
DEFENDANT TO COMPLY WITH DISCOVERY
OBLIGATIONS UNDER FRCP -- 2
(Case No. 2:17-cv-1764-TSZ)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750