UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERASONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUPERSONIC IMAGINE, S.A.,<br><br>Defendant. | C17-1764 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 61, for leave to file an amended answer incorporating a counterclaim for infringement of United States Patent No. 7,252,004, is GRANTED. The Court is satisfied that defendant has sought to amend its pleadings well in advance of the deadline (February 22, 2019) set forth in the Minute Order entered May 22, 2018, docket no. 42. The Court is further persuaded that whatever prejudice plaintiff might suffer in connection with defendant's amendment of its responsive pleading in this matter is far outweighed by the inconvenience and hardship plaintiff would experience if the parties continued to litigate the crux of defendant's proposed counterclaim in France or in another case in this district. The Court makes no ruling concerning whether the amendment of defendant's responsive pleading might warrant any alteration to the case schedule or whether plaintiff's claims and defendant's proposed counterclaim will be consolidated or bifurcated for trial or other purposes. Defendant shall electronically file its amended responsive pleading within seven (7) days of the date of this Minute Order. Any responsive pleading or motion shall be filed by plaintiff within twenty-one (21) days after defendant's amended answer and counterclaim is filed.

(2) Counsel are REMINDED of their obligation to provide courtesy copies, three-hole punched and tabbed, of filings that, in the aggregate, exceed 50 pages in length. *See* Local Civil Rule 10(e)(9).

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of October, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk