UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

        Plaintiff,

v.

SUPERSONIC IMAGINE, S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 82, is GRANTED and Exhibit A to the Declaration of Eric S. Walters, docket no. 86, shall remain under seal.

(2) Plaintiff's unopposed motion to supplement infringement contentions, docket no. 84, is GRANTED, and plaintiff shall serve its amended infringement contentions on defendant within seven (7) days of the date of this Minute Order.

(3) Plaintiff's motion to dismiss, docket no. 73, defendant's counterclaim is DENIED. Plaintiff's answer to defendant's counterclaim shall be filed and served within fourteen (14) days of the date of this Minute Order.

(4) Plaintiff's request, as set forth in the parties' LCR 37 submission, docket no. 76, for 2 additional depositions, for a total of 12 depositions per party, is GRANTED.

(5) Based on the parties' LCR 37 submission, docket no. 76, the Court CONTINUES the trial date and pretrial conference date and EXTENDS the related deadlines as follows:

MINUTE ORDER - 1

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | **September 8, 2020** |
| Statement of preliminary non-infringement and invalidity contentions due | February 1, 2019 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | March 25, 2019 |
| Joint Claim Chart and Prehearing Statement due | May 23, 2019 |
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | May 23, 2019 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | June 24, 2019 |
| Deadline for completion of claim construction discovery and for amending pleadings | July 26, 2019 |
| Opening claim construction briefs (not to exceed 24 pages in length) must be filed by | July 31, 2019 |
| Responsive claim construction briefs (not to exceed 24 pages in length) must be filed by | August 15, 2019 |
| If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties. ||
| **Mediation shall be conducted by** | **August 30, 2019** |
| Reports from expert witnesses pursuant to FRCP 26(a)(2) due | December 16, 2019 |
| Rebuttal expert reports due | January 16, 2020 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | January 23, 2020 |
| Discovery completed by | February 25, 2020 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; *see* LCR 7(d)) | April 2, 2020 |
| All motions related to expert witnesses | April 9, 2020 |

| | |
|---|---|
| (*e.g.*, Daubert motions) must be filed by (and noted on the motion calendar no later than the third Friday thereafter; <u>see</u> LCR 7(d)) | |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | July 9, 2020 |
| Agreed pretrial order due | July 24, 2020 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | July 24, 2020 |
| Pretrial Conference at 10:00 a.m. on | July 31, 2020 |

All terms and conditions and all other dates and deadlines not inconsistent herewith that are set forth in the Minute Order entered May 22, 2018, docket no. 42, or in the Local Civil Rules, Local Patent Rules, or Federal Rules of Civil Procedure shall remain in full force and effect.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of January, 2019.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk