UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERASONICS, INC.,

        Plaintiff,

v.

SUPERSONIC IMAGINE, S.A.,

        Defendant.

C17-1764 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion to seal, docket no. 89, is GRANTED, and Exhibit 3 to the Declaration of Michael F. Carr, docket no. 91, shall remain under seal.

(2) Plaintiff's unopposed motion to seal, docket no. 97, is GRANTED, and Exhibit A to the Declaration of Eric S. Walters, docket no. 99, shall remain under seal.

(3) Defendant's motion to compel discovery, docket no. 92, is GRANTED in part and DENIED in part as follows.[1] Plaintiff shall provide a complete response to defendant's Interrogatory No. 4 on or before August 15, 2019. Defendant's motion is otherwise denied. The Court DECLINES to award attorney's fees or costs to either party.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of February, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] Defendant's motion to compel was noted for February 8, 2019, but defendant did not file a reply until February 13, 2019. The Court has considered defendant's untimely reply.

MINUTE ORDER - 1